UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOHN ROBERT DEMOS,<br>Plaintiff,<br>v.<br>ROBERT JACKSON,<br>Defendant. | C26-5715 TSZ<br><br>ORDER |

Having reviewed the Report and Recommendation ("R&R") of the Honorable David W. Christel, United States Magistrate Judge, and plaintiff's objections thereto, docket no. 3, the Court ORDERS as follows:

(1) The R&R, docket no. 2, is ADOPTED;

(2) Plaintiff's application to proceed *in forma pauperis*, docket no. 1, is DENIED, and plaintiff's proposed complaint, docket no. 1-1, is DISMISSED without prejudice;

(3) The Clerk is DIRECTED to CLOSE this case and to send a copy of this Order to all counsel of record, to plaintiff pro se, and to Magistrate Judge Christel.

IT IS SO ORDERED.

Dated this 27th day of July, 2026.

Thomas S. Zilly

Thomas S. Zilly
United States District Judge